**Motion Granted; Affirmed and Memorandum Opinion filed May 11, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00040-CR

---

### RODNELL HERBERT TURNER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause No. 1605839**

---

## MEMORANDUM OPINION

Appellant appeals his conviction for compelling prostitution. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit, accompanied by a motion to withdraw. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). At appellant's request, the record was provided to him. Appellant filed no response to counsel's brief.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

The judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Jewell, Bourliot and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b).